UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-20968-CIV-O'SULLIVAN
[CONSENT]

CARRIE A. MOORE and TRACY MARIN,

    Plaintiffs,

v.

FOUNDATION MORTGAGE CORP.,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court *sua sponte* following a status hearing on August 28, 2007. It is

ORDERED AND ADJUDGED that the plaintiff shall file a statement of claim for plaintiff Tracy Marin by **Wednesday, September 12, 2007**. It is further

ORDERED AND ADJUDGED that the plaintiff shall file a notice of claim within two (2) weeks of joining any additional plaintiffs.

DONE AND ORDERED in Chambers at Miami, Florida, this **28th** day of August, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record